

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-20-00098-CR

Steven **ROBLES,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-3435
Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

Appellant filed a Notice of Request to File Permissive Appeal in Cause No. 2019-CR-3435. However, the clerk's record filed in this court relating to Cause No. 2019-CR-3435 does not contain an appealable interlocutory order or a final judgment. We will have jurisdiction only after entry of a final judgment. *See Williams v. State*, 464 S.W.2d 842, 844 (Tex. Crim. App. 1971); *Keller v. State*, 760 S.W.2d 816, 817 (Tex. App.—Corpus Christi 1988, no pet.). We therefore ORDER appellant to show cause on or before **March 19, 2020** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadline are suspended pending further order of this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court